**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **DAVID P. FORTE, JOHN D. YOUNIS, and GREGORY P. MANNING,** <br><br> Defendants. | Case No. 1:22-CV-10074-MJJ |

**JOINT STATEMENT OF**
**PROPOSED AMENDED SCHEDULE**

Pursuant to the Court's February 7, 2024 Order (ECF No. 47), the Parties jointly submit this Proposed Amended Schedule.

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Gregory Manning have reached an agreement in principle to resolve this matter. Before such agreement may be finalized, however, SEC counsel is required to circulate a written proposal within the SEC for review and comment, and then submit its proposals to the SEC's Commissioners for their consideration and approval. This process will take a number of additional weeks. With respect to Defendant David Forte, the Parties are continuing to negotiate in good faith to resolve this matter and would like additional time to reach a resolution.

Accordingly, the Parties respectfully request an additional 60 days, until June 4, 2024, to obtain the necessary approvals and continue settlement discussions. The Parties will update the Court on these events or, if negotiations are unsuccessful, submit a Proposed Amended Schedule by no later than June 4, 2024.

Permitting the parties to continue settlement negotiations will conserve resources and advance the interests of the Parties and the Court in an efficient resolution of this matter.

Dated: April 5, 2024

Respectfully submitted,

**Plaintiff United States Securities and Exchange Commission**

*/s/ Alyssa A. Qualls*
Alyssa A. Qualls (IL Bar No. 6292124)
Michael Foster (IL Bar No. 6257063)
Brian D. Fagel (IL Bar No. 6224886)
Peter Senechalle (IL Bar No. 6300822)
United States Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Tel.: (312) 353-7390
Fax.: (312) 353-7398
Quallsa@sec.gov
Fostermi@sec.gov
Fagelb@sec.gov
Senechallep@sec.gov

**Defendant David P. Forte**

*/s/ Megan A. Siddall*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Siddall LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 202-5890
tminer@msdefenders.com
msiddall@msdefenders.com

**Defendant Gregory P. Manning**

*/s/ William F. Sinnott*
William F. Sinnott (BBO #547423)
B. Stephanie Siegmann (BBO #638257)
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109
Tel.: (617) 378-4159
wsinnott@hinckleyallen.com
bsiegmann@hinckleyallen.com

## **CERTIFICATE OF SERVICE**

       I, Alyssa A. Qualls, hereby certify that on April 5, 2024, I caused a true copy of the foregoing to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: April 5, 2024                              */s/ Alyssa A. Qualls*
                                                         Alyssa A. Qualls